IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT JOSEPH WHITEMAN, JR. | CRIMINAL ACTION<br>NO. 15-00298 |

**ORDER**

**AND NOW**, this 27th day of July 2020, upon consideration of Robert Joseph Whiteman Jr.'s Motion for Release (ECF No. 41) and the government's Response (ECF No. 47), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1